```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
                                   :
UNITED STATES OF AMERICA           :
                                   :      UNSEALING ORDER
           - v. -                  :
                                   :      S1 20 Cr. 397 (PGG)
THOMAS BURTON,                     :
                                   :
           Defendant.              :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Rebecca T. Dell;

It is found that the Indictment in the above-captioned action, S1 20 Cr. 397, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       August 11, 2020

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE