UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JOANNA DEJESUS, GEORGE WILCOX, and
THOMAS BURTON,

    Defendants.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the telephone conference in this action previously scheduled for **August 25, 2020** is adjourned to **August 28, 2020 at 12:00 p.m.**

    Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca Dell, and with the consent of Joanna DeJesus, George Wilcox, and Thomas Burton, by and through their respective counsel, Marne Lenox, Carla Sanderson, and Jenna Dabbs, it is hereby ORDERED that the time from August 25, 2020 through August 28, 2020 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).  The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial, because it will allow the Defendants time to respond to the Government's request for a protective order.

Dated: New York, New York
       August 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge