UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOANNA DEJESUS, GEORGE WILCOX, and THOMAS BURTON,<br><br>Defendant. | **ORDER**<br><br>20 Cr. 397 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a conference in this matter on **October 2, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge