UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOANNA DEJESUS, GEORGE WILCOX,
and THOMAS BURTON,

                    Defendants.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the telephone conference in this action previously scheduled for October 2, 2020 is adjourned to **November 2, 2020 at 11:00 a.m.**

      Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca Dell, and with the consent of Joanna DeJesus, George Wilcox, and Thomas Burton, by and through their respective counsel, Marne Lenox, Carla Sanderson, and Jenna Dabbs it is further ORDERED that the time from October 1, 2020 through November 2, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the Government to produce discovery and the Defendants to review discovery.

Dated: New York, New York
       September 28, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge