UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOANNA DEJESUS, GEORGE WILCOX,
and THOMAS BURTON,

Defendants.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The telephone conference in this action previously scheduled for February 24, 2021 is adjourned to **April 5, 2021 at 9:45 a.m.**

Upon the application of the United States of America, by and through Assistant United States Attorney Rebecca Dell, and with the consent of Joanna DeJesus, George Wilcox, and Thomas Burton, by and through their respective counsel, Marne Lenox, Carla Sanderson, and Jenna Dabbs, the time from February 24, 2021 through April 5, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The ends of justice served by the granting of this continuance outweigh the interest of the public and the Defendants in a speedy trial, because it will permit the parties additional time to continue discussions concerning pretrial dispositions of this matter.

Dated: New York, New York
       February 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge