UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>THOMAS BURTON,<br><br>                    Defendant. | **ORDER**<br><br>20 Cr. 397 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

There shall be a conference in this matter on **April 30, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       April 19, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge