UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS BURTON,

                Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Thomas Burton's sentencing will take place on **August 30, 2021 at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Burton are due by **August 9, 2021**. The Government's submission is due by **August 16, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Thomas Burton

Dated: New York, New York
       May 6, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge