# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL   929.294.2540
DIRECT EMAIL  jdabbs@kaplanhecker.com

August 5, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Thomas Burton, 20

Dear Judge Gardephe:

    I represent Thomas Burton in the above-captioned matter. I write to respectfully request an adjournment of two to three weeks for Mr. Burton's sentencing, as well as the associated deadlines for the parties' sentencing submissions. Mr. Burton's sentencing is currently scheduled for August 30, 2021, at 12:00 p.m. A conflict has arisen that requires me to be away from New York City on August 30, and an adjournment to September 13 or September 20, 2021, will accommodate the conflict and permit additional time to collect materials relevant to Mr. Burton's sentencing submission.

    This is the first request for an adjournment of sentencing, and the Government does not object to this request.

    Thank you for your consideration.

Respectfully submitted,

Jenna M. Dabbs

cc:  Assistant U.S. Attorney Rebecca Dell

---

**MEMO ENDORSED:**

The Defendant's sentencing, currently scheduled for August 30, 2021, is adjourned to **October 13, 2021 at 12:00 p.m.** Any submissions on behalf of the Defendant are now due on September 22, 2021. The Government's submission is now due on September 29, 2021.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: August 9, 2021