UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

THOMAS BURTON,

Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Burton's sentencing, currently scheduled for October 13, 2021, is adjourned to **November 8, 2021 at 12:00 p.m.**

Dated: New York, New York
October 8, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge