UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

THOMAS BURTON,

               Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Thomas Burton's sentencing, currently scheduled for November 8, 2021, is adjourned to **November 22, 2021 at 12:00 p.m.**

Dated: New York, New York
       October 29, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge