UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| THOMAS BURTON, | 20 Cr. 397 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the Government will file a response to Defendant Burton's motion for a sentence reduction (Dkt. No. 161) by **July 8, 2024**.

Dated: New York, New York
June 24, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge